**Order entered January 8, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00881-CV

## OHIO GRAVY BISCUIT, INC. AS TRUSTEE FOR THE WOODHAVEN DRIVE 1401 LAND TRUST, Appellant

## V.

## NRZ PASS-THROUGH TRUST X, US BANK NATIONAL ASSOCIATION AS TRUSTEE, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04848-2019**

### ORDER

The clerk's record in this appeal contained certain errors. On January 6, 2021, a corrected clerk's record was filed. To avoid confusion, we **STRIKE** the original clerk's record filed November 5, 2020. The appeal shall proceed on the January 6th corrected record.

/s/     KEN MOLBERG
JUSTICE